

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-22-00029-CR

_____

ARTIS RAY DURDEN, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 276th District Court
Marion County, Texas
Trial Court No. F 14886

Before Morriss, C.J., Stevens and van Cleef, JJ.

ORDER

Appellant Artis Ray Durden appeals from his conviction of assault on a public servant. On May 5, 2022, Durden's court-appointed appellate counsel filed an *Anders*[1] brief in this matter, and on May 13, 2022, Durden filed a pro se motion for access to the appellate record for purposes of preparing a response to his counsel's *Anders* brief. Durden's motion for access to the appellate record is granted. Under *Kelly v. State*,[2] we are now required to enter an order specifying the procedure to be followed to ensure Durden's access to the record.

On May 23, 2022, this Court forwarded a paper copy of the appellate record, along with this order, to Durden. Allowing fifteen days from the date of this order for the record to be delivered to Durden and giving Durden thirty days to prepare his pro se response, we hereby set July 7, 2022, as the deadline for Durden to file his pro se response to his counsel's *Anders* brief.

IT IS SO ORDERED.

BY THE COURT

Date:          May 23, 2022

---

[1] *See Anders v. California*, 386 U.S. 738 (1967).

[2] *Kelly v. State*, 436 S.W.3d 313, 321–22 (Tex. Crim. App. 2014).